**THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
(WESTERN DIVISION – CINCINNATI)**

Timothy Anderson,

     Plaintiff,     Case No. 1:21-cv-00282-DRC

             Judge Douglas R. Cole

   v.

Walmart, Inc.,        **STIPULATED DISMISSAL WITH PREJUDICE**

and

Bradley Stotts,

     Defendants.


IT IS HEREBY STIPULATED AND AGREED between Plaintiff Timothy Anderson ("Plaintiff") and Defendants Walmart, Inc. and Bradley Stotts ("Defendants"), by and through their respective undersigned counsel, that all claims asserted by Plaintiff against Defendants in the above-captioned matter are dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(l)(A), each party to bear its own attorney's fees and costs.

Stipulated, agreed to, and respectfully submitted this 23rd day of July, 2021.

By: */s/ Matthew Bruce (with permission)*  By: */s/ Allie A. Maples*

Matthew Bruce (0083769)     Allison L. Goico (OH 0088777)
Evan R. McFarland (0096953)    Allie A. Maples (OH 0100318)
The Spitz Law Firm, LLC     DINSMORE & SHOHL LLP
11260 Chester Road, Suite 825    255 East Fifth Street, Suite 1900
Cincinnati, Ohio 45246      Cincinnati, Ohio 45202
P: (216) 291-0244       P: (513) 977-8200
F: (216) 291-5744       F: (513) 977-8141
Matthew.bruce@spitzlawfirm.com   Allison.goico@dinsmore.com
Evan.mcfarland@spitzlawfirm.com   Allie.maples@dinsmore.com

***Counsel for Plaintiff***

               ***Counsel for Defendants***

## CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of July, 2021, a true and correct copy of the foregoing

was served upon the following counsel of record via operation of the Court's CM/ECF system:


Matthew Bruce
Evan R. McFarland
The Spitz Law Firm, LLC
11260 Chester Road, Suite 825
Cincinnati, Ohio 45246
Matthew.bruce@spitzlawfirm.com
Evan.mcfarland@spitzlawfirm.com

>                        */s/ Allie A. Maples*
>                        *Counsel for Defendants*